WILLIAM J. SCHROEDER
**KSB LITIGATION, P.S.**
510 W. Riverside Ave., Ste 300
Spokane, WA, 99223
William.Schroeder@KSBLit.legal
Attorneys for Defendant
Packaging Corporation of America

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON MAGSTADT,<br><br>          Plaintiff,<br><br>vs.<br><br>C.R. MEYER AND SONS COMPANY, a foreign corporation; and PACKAGING CORPORATION OF AMERICA, a foreign corporation,<br><br>          Defendants. | No. 4:21-cv-05051-SMJ<br><br>**DEFENDANT PACKAGING CORPORATION OF AMERICA'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

COMES NOW Defendant Packaging Corporation of America, and pursuant to Federal Rule of Civil Procedure 7.1, hereby certifies the following:

1.  Defendant Packaging Corporation of America: Defendant Packaging Corporation of America is a publicly traded company

1 organized under the laws of the State of Delaware and does not have a parent corporation. The following publicly held companies beneficially own 10% or more of Defendant Packaging Corporation of America's stock: The Vanguard Group and T.Rowe Price Associates, Inc., both of which are equity investment companies.

Submitted this 1st day of April, 2021,

**KSB LITIGATION, P.S.**

By: **s/ William J. Schroeder**
William J. Schroeder
510 West Riverside Ave., 3rd Floor
Spokane, Washington, 99201
william.schroeder@KSBLit.legal
Attorneys for Defendant
Packaging Corporation of America

DEFENDANT PACKAGING
CORPORAITON OF AMERICA'S
CORPORATE DISCLOSURE
STATEMENT - 2

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., 3RD F
SPOKANE, WA  99201
(509) 624-8988

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CMECF participants:

William W. Spencer
Murray Dunham & Murray
P.O. Box 9844
Seattle, WA 98109-0844
william@murraydunham.com
Attorneys for Defendant
C. R. Meyer and Sons Company

                                                 /s/ *William J. Schroeder*
                                                 William J. Schroeder