FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON MAGSTADT,<br><br>               Plaintiff,<br><br>     v.<br><br>CR MEYER AND SONS COMPANY, a foreign profit corporation, and PACKAGING CORPORATION OF AMERICA, a foreign profit corporation,<br><br>               Defendants. | No.   4:21-cv-05051-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 1, 2022, the parties filed a Joint Stipulation of Dismissal with Prejudice, ECF No. 61. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    **1.**    The parties' Joint Stipulation of Dismissal with Prejudice, **ECF No. 61**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of April 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2